# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARYL WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV406-001 |
| | ) | |
| CHATHAM COUNTY SHERIFF'S | ) | |
| DEPARTMENT and FNU | ) | |
| FERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed the above action pursuant to 42 U.S.C. § 1983 on

January 3, 2006. Doc. 1. The Court conducted an initial screening of

plaintiff's complaint and amended complaint and determined that plaintiff

had failed to state a claim cognizable under § 1983 since he had not alleged

that he suffered an injury as a result of the alleged use of force by Officer

Fernandez. Doc. 15. The Court gave plaintiff an opportunity to amend his

complaint further to allege that he suffered some injury and to state

whether he contended Officer Fernandez's alleged use of force was

unnecessary. Id. This Order, dated May 12, 2006, directed plaintiff to

submit such an amendment within twenty days. Id.

Plaintiff has failed to submit an amended complaint. Additionally, an Order directing plaintiff's custodian to collect money from plaintiff's prison trust fund account to pay the balance of the filing fee was returned twice to the Court undelivered because plaintiff had been transferred to another facility. Plaintiff's neglect in prosecuting his case and his failure to provide the Court with a current address clearly demonstrate that plaintiff has lost interest in his case. Accordingly, plaintiff's complaint should be DISMISSED for want of prosecution. See Fed. R. Civ. P. 41(b); Local Rule 41.1(c).

**SO REPORTED AND RECOMMENDED** this 27th day of July, **2006.**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA